

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00618-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-10110
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

SIGNED October 18, 2023.

_____
Liza A. Rodriguez, Justice